1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  MOTOWN RECORD COMPANY, L.P.;
   and UMG RECORDINGS, INC.
8

9              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
10               OAKLAND DIVISION

11

12 | VIRGIN RECORDS AMERICA, INC., a | CASE NO. C-07-04122-CW
13   California corporation; MOTOWN RECORD
     COMPANY, L.P., a California limited        Honorable Claudia Wilken
14   partnership; and UMG RECORDINGS, INC., a
     Delaware corporation,                      **SUPPLEMENTAL DECLARATION OF**
15                        Plaintiffs,           **MATTHEW FRANKLIN JAKSA IN**
                                                **FURTHER SUPPORT OF *EX PARTE***
16          v.                                  **APPLICATION FOR LEAVE TO TAKE**
                                                **IMMEDIATE DISCOVERY**
17

18   JOHN DOE,
                        Defendant.
19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1.      I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as lead national counsel for the record companies in all actions like the current case. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2.      On August 14, 2007, a clerk for the Honorable Claudia Wilken contacted me by telephone and requested that Plaintiffs file with the Court a supplemental declaration attaching the list of files Defendant has made available for distribution to the public, as referenced in Paragraph 19 of the Declaration of Carlos Linares in Support of Ex Parte Application For Leave to Take Immediate Discovery ("Linares Declaration"), and the subpoena Plaintiffs propose to serve on Stanford University should the Court grant Plaintiffs' *Ex Parte* Application For Leave to Take Immediate Discovery.

3.      Attached hereto as Exhibit A is a true and correct copy of the subpoena Plaintiffs propose to serve on Stanford University.[1]

4.      Attached hereto as Exhibit B is a true and correct copy of the list of files Defendant has made available for distribution to the public, as referenced in Paragraph 19 of the Linares Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2007, at San Francisco, California.

_____
Matthew Franklin Jaksa

---

[1] The response date on Plaintiffs' proposed subpoena is October 1, 2007, which is an approximation given that Plaintiffs do not yet know when the subpoena would issue  When serving subpoenas on Internet Service Providers that are Universities, Plaintiffs generally provide 30 days for the Internet Service Provider to respond.

# **EXHIBIT A**

Issued by the

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD
COMPANY, L.P.; and UMG RECORDINGS, INC.

### SUBPOENA IN A CIVIL CASE

vs.

DOES 1 - 1

To:     **Stanford University**
        **Office of the General Counsel**
        **Building 170 - 3rd Floor**
        **Stanford, CA 94305**

Case No. **C 07-04122 CW**

☐     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐     YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Information, including names, current and permanent addresses, telephone numbers, e-mail addresses, and Media Access Control addresses, sufficient to identify the alleged infringers of copyrighted sound recordings, listed by IP address in Attachment A to this Subpoena.**

| PLACE | DATE AND TIME |
|---|---|
| **Holme Roberts & Owen**<br>**560 Mission Street, 25th Floor**<br>**San Francisco, CA 94105**<br>**Phone: (415)268-1986** | **October 1, 2007** |

☐     YOU ARE COMMANDED to permit inspection of the following remises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (indicate if attorney for Plaintiff or Defendant)<br>**Attorneys for Plaintiffs** | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Matt Jaksa**
**Holme Roberts & Owen**
**560 Mission Street, 25th Floor**
**San Francisco, CA 94105**
**Phone: (415)268-1986**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**Attachment A**

| Doe # 7 | IP Address:  171.64.182.66 2007-04-10 19:05:54 EDT |

# PROOF OF SERVICE

| SERVED | Date | Place |
|---|---|---|
| served on (Print Name) | | Manner of Service |
| served by (Print Name) | | Title |

# DECLARATION OF SERVER

I Declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

Date

Signature of Server

Address of Server

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c)        PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)    (A)    A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)    Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)    (A)    On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it:

(i)        fails to allow reasonable time for compliance;

(ii)        requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)        requires disclosure or privileged or other protected matter and no exception or waiver applies, or

(iv)        subjects a person to undue burden.

(B)    If a subpoena

(i)        requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)        requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)        requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)        DUTIES IN RESPONDING TO SUBPOENA.

(1)        A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)        When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

# **EXHIBIT B**

Stanford Doe 7-UserLog(Compressed)-269021118.txt
Evidence for Log Ref ID: 125009387

Log for User at address 171.64.182.66:15908 generated on 4/10/2007 7:05:54 PM EDT
(-0400 GMT)
Total Recognized Files Being Distributed: 918
------------------------------
Total Recognized Audio Files: 453
Total Recognized Video Files: 5
Total Recognized Software Files: 0
Total Recognized Document Files: 0
------------------------------

File Name:  Christmas - Christina Aguilera - I'll Be Home for Christmas.mp3
(1,769,600 bytes)

File Name: 01 - UB40 - Who You Fighting For.mp3 (5,023,872 bytes)

File Name: 01 The New World.mp3 (5,158,278 bytes)

File Name: 02 After Tonight.mp3 (7,758,575 bytes)

File Name: 02 Midnight Marauders.mp3 (13,515,606 bytes)

File Name: 02-rihanna-here_i_go_again.mp3 (6,259,319 bytes)

File Name: 02-The Lion King - Original Broadway Cast Recording-Grassland.mp3
(2,273,811 bytes)

File Name: 03 Sei Ma le Losa.mp3 (7,951,175 bytes)

File Name: 03-chaka-khan-keep_your_head_up.mp3 (6,544,344 bytes)

File Name: 04 An Apparition in the Fields.mp3 (3,554,240 bytes)

File Name: 04 Ms. Fat Booty.mp3 (3,577,313 bytes)

File Name: 04-The Lioness Hunt.mp3 (1,998,848 bytes)

File Name: 05 Tamahana.m4a (3,892,516 bytes)

File Name: 06 - Nelly Furtado - Loose - No Hay Igual (feat[1]. Pharrell).mp3
(4,952,024 bytes)

File Name: 06 Hodie Christus Natus Est.mp3 (2,099,244 bytes)

File Name: 06 Of the Forest.mp3 (6,641,035 bytes)

File Name: 06-common_feat_erykah_badu-the_light.mp3 (8,560,266 bytes)

File Name: 07 Pocahontas and Smith.mp3 (3,536,470 bytes)

File Name: 07-Urganlari Ulali.MP3 (2,355,200 bytes)

File Name: 08 Every Breath You Take.mp3 (6,669,411 bytes)

File Name: 08 Forbidden Corn.mp3 (10,553,746 bytes)

File Name: 09 John Mayer Trio - Something's Missing.mp3 (10,777,905 bytes)

File Name: 09 Rolfe Proposes.mp3 (4,332,523 bytes)

File Name: 09-black_eyed_peas-gone_going_(feat_jack_johnson).mp3 (5,260,521 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: 10 Tomorrow Morning.mp3 (4,099,680 bytes)

File Name: 11 All Is Lost.mp3 (7,901,209 bytes)

File Name: 11 Stars In Heaven.mp3 (2,369,528 bytes)

File Name: 12 Bossanova.mp3 (4,610,048 bytes)

File Name: 12-ub40-kiss_and_say_goodbye.mp3 (4,891,861 bytes)

File Name: 13 Brooklyn.mp3 (4,960,340 bytes)

File Name: 13 Do You Remember.mp3 (3,323,710 bytes)

File Name: 15 Stanford_ Magnificat in C.mp3 (8,017,736 bytes)

File Name: 15-kem_feat_floetry-love_calls_(remix)-xxl.mp3 (5,202,781 bytes)

File Name: 28 Tahitian Drums.mp3 (2,623,488 bytes)

File Name: 3 Doors Down - So I Need You (acoustic).mp3 (3,012,919 bytes)

File Name: 30-Tahitian Island Drums.mp3 (4,090,371 bytes)

File Name: 50 first dates - 311 - Amber.mp3 (5,004,980 bytes)

File Name: 50 FiRsT dAtEs- HoLd Me NoW.mp3 (6,873,324 bytes)

File Name: 80's - Men At Work - I Come From A Land Down Under.mp3 (3,608,495 bytes)

File Name: _Musicals-The Lion King on Broadway ~ Shadowland.mp3 (3,728,635 bytes)

File Name: A Flame Within.mp3 (3,936,180 bytes)

File Name: Aaliyah & Twista- Are you that somebody [phat remix].mp3 (4,261,272 bytes)

File Name: Aaliyah - 4 Page Letter.mp3 (4,672,620 bytes)

File Name: Aaliyah - Rock The Boat.mp3 (4,392,879 bytes)

File Name: Aaliyah ~ Are You That Somebody.mp3 (4,276,046 bytes)

File Name: Aaron Neville - Soulful Christmas - 01 - Please Come Home For Christmas - 128_44.mp3 (2,818,048 bytes)

File Name: Alicia Keys - Butterflyz (unplugged).mp3 (5,968,457 bytes)

File Name: Alicia Keys - Diary.mp3 (6,821,847 bytes)

File Name: Alicia Keys - Karma.mp3 (6,146,519 bytes)

File Name: Alicia Keys - Love it or leave it alone (feat. Mos Def and Common) _ Welcome to Jamrock (feat. Damian Marley) MTV UNPLUGGED.mp3 (7,997,523 bytes)

File Name: Alicia Keys - Unbreakable.mp3 (8,092,869 bytes)

File Name: Alicia Keys - Unplugged - 07 - If I Was Your Woman.mp3 (5,871,002 bytes)

File Name: Alicia Keys - Unplugged - 11 - Wild Horses ft. Adam Levine(1).MP3 (5,870,571 bytes)

File Name: Alicia Keys -- You Don't Know My Name.mp3 (8,865,792 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: Alicia Keys ft. Kanye West - If I Aint Got You Pt. 2.mp3 (5,184,079 bytes)

File Name: Alicia Keys- Every Little Bit Hurts (Live @ MTV Unplugged).mp3 (1,979,343 bytes)

File Name: alicia keys- How Come You Dont Call Me Live MTV Unplugged.mp3 (2,050,508 bytes)

File Name: Aliyah-more than a woman.mp3 (3,679,004 bytes)

File Name: Angelo Venuto - The Sicilians - L' Italiano - Acoustic With Angelo On Guitar.mp3 (3,230,493 bytes)

File Name: Angie Stone - Make Love ( Duet With Musiq Soulchild ).mp3 (5,674,055 bytes)

File Name: Armik - Guitar Italian Tango.MP3 (3,194,931 bytes)

File Name: Audio Books - Yoga-MEDITATION- Guided Meditation.mp3 (27,833,991 bytes)

File Name: B-52's - Love Shack.mp3 (5,145,913 bytes)

File Name: Beenie Man - Ten Out Of Ten (Masterpiece Riddim).mp3 (4,673,638 bytes)

File Name: Ben Harper & Jack Johnson - High Tide or Low Tide.mp3 (5,409,612 bytes)

File Name: Ben Harper - Bring the Funk.mp3 (7,924,830 bytes)

File Name: Ben Harper - By My Side (acoustic).mp3 (2,647,788 bytes)

File Name: Ben Harper - Steal My Kisses.mp3 (3,925,882 bytes)

File Name: Ben Harper- In Your Eyes (acoustic).mp3 (4,725,120 bytes)

File Name: Beyonce - Crazy n love (Feat Jay-Z).mp3 (4,000,374 bytes)

File Name: Beyonce ft Sean paul - Baby boy (reggaeton remix).mp3 (3,663,692 bytes)

File Name: Beyonce ft. Slim Thug - Check Up On It.mp3 (4,837,930 bytes)

File Name: Beyonce Knowles -- I'm Leaving (BRAND NEW SINGLE)(1).mp3 (4,337,917 bytes)

File Name: Beyonce Knowles ft. Sean Paul - Baby Boy.mp3 (5,878,562 bytes)

File Name: Bob Marley - Sun Is Shining.mp3 (4,402,364 bytes)

File Name: Bobby Mcferrin and Yoyoma - Ave Maria.MP3 (2,525,020 bytes)

File Name: Bow Wow feat Ciara - Like U.mp3 (4,965,189 bytes)

File Name: Boys 2 Men & Mariah Carey - One Sweet Day.mp3 (4,523,572 bytes)

File Name: Boys 2 Men - Boyz II Men - I ll make love to you.mp3 (3,789,217 bytes)

File Name: Boys 2 Men - Down On Bended Knee.mp3 (2,878,048 bytes)

File Name: Boys 2 Men - In The Still Of The Night (acapella).mp3 (3,397,699 bytes)

File Name: Boys to men - I Promise You(2).mp3 (3,135,495 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt
File Name: boyz ii men - Boys 2 Men) 4 Seasons of Love.mp3 (4,343,808 bytes)

File Name: boyz ii men - Boys 2 Men~ Water Runs Dry.mp3 (4,905,296 bytes)

File Name: Brandy & Monica - The Boy Is Mine.mp3 (4,711,781 bytes)

File Name: Britney Spears ~ (I Can't Get No) Satisfaction, Oops! I Did It Again
(Live Remix ~ MTV 2000 VMA's).mp3 (5,559,992 bytes)

File Name: Brown Sugar Soundtrack - (08) - You Make Life So Good - Rahsaan
Patterson.mp3 (5,738,179 bytes)

File Name: Brown Sugar Soundtrack - 02 - Erykah Badu ft. Common - Love Of My Life
(Album Version).mp3 (5,579,998 bytes)

File Name: Brown Sugar Soundtrack - 03 - Angie Stone - Bring Your Heart.mp3
(6,957,946 bytes)

File Name: Brown Sugar Soundtrack - 05 - Jill Scott - Easy Conversation.mp3
(7,147,909 bytes)

File Name: Brown Sugar Soundtrack - 06 - Blackalicious - It's Going Down.mp3
(5,394,935 bytes)

File Name: Brown Sugar Soundtrack - 10 - Eric B and Rakim - Paid in full.mp3
(3,586,920 bytes)

File Name: Brown Sugar Soundtrack - 12 - The Roots feat. Common - Act Too t. Common
- Act Too (Love Of My Life).mp3 (5,888,000 bytes)

File Name: Brown Sugar Soundtrack - 14 - Mos Def - Brown Sugar (Fine).mp3 (5,069,427
bytes)

File Name: brown sugar soundtrack - 15 - jully black - you changed.mp3 (5,508,464
bytes)

File Name: Brown Sugar Soundtrack - Cassandra Wilson - Time After Time.mp3
(5,931,020 bytes)

File Name: Burning Spear - No More War.mp3 (2,439,687 bytes)

File Name: Chanticleer - Ave Maria (A Cappella).mp3 (7,328,128 bytes)

File Name: Chanticleer - Magnificat - A Capella works by Palestrina Josquin &
Victoria T - Magnificat - Ave Maris Stella - Gregorian Chant.mp3 (2,359,296 bytes)

File Name: chanticleer - silent night.mp3 (3,217,408 bytes)

File Name: Charlotte Church & Josh Groban - The Prayer.mp3 (4,245,504 bytes)

File Name: Charlotte Church - What Child Is This (Greensleeves).mp3 (2,665,615
bytes)

File Name: Check Up On It.mpg (57,776,964 bytes)

File Name: Christina Milian feat. Shawnna - Dip It Low (Remix).mp3 (3,727,446 bytes)

File Name: CHRISTMAS - CHARLOTTE CHURCH - HARK! THE HERALD ANGELS SING.MP3
(3,213,408 bytes)

File Name: Christmas - Irish Celtic Harp Greensleeves .mp3 (3,037,640 bytes)

File Name: Christmas - Morman Tabernacle Choir - Angels We Have Heard On High.mp3
Page 4

            Stanford Doe 7-UserLog(Compressed)-269021118.txt
(2,146,828 bytes)

File Name: Christmas songs - Christina Aguilera - Have Yourself a Merry Little
Christmas.mp3 (5,836,800 bytes)

File Name: Christmas songs - Mariah Carey - O Holy Night.mp3 (4,276,224 bytes)

File Name: Christmas songs-Whitney Houston - Do You Hear What I Hear.mp3 (3,403,776
bytes)

File Name: Ciara Ft. Ludacris - Oh.mp3 (6,616,739 bytes)

File Name: Classical Handel--Christmas - Mormon Tabernacle Choir - Handel's Messiah
Hallelujah Chorus.mp3 (3,765,096 bytes)

File Name: Classical - Paco De Lucia - Tango Flamenco - Spanish guitar.mp3
(5,939,444 bytes)

File Name: classical The Greatest Classical Hits - Wolfgang Amadeus Mozart - 04 -
Piano Concerto No. 23 in A major.mp3 (40,363,363 bytes)

File Name: Club - There's A Stranger In My House (techno remix).mp3 (7,800,752
bytes)

File Name: Coldplay- Fix You (The OC version) .mp3 (2,312,474 bytes)

File Name: Common & Mos Def - The Questions.mp3 (6,241,898 bytes)

File Name: Common - BE - 10 - They Say f. Kanye West & John Legend [Produced by
Kanye West].mp3 (4,427,277 bytes)

File Name: Common - BE - Go (feat John Mayer) (Produced.mp3 (5,734,110 bytes)

File Name: Common feat. Lauryn Hill - Stay.mp3 (5,169,664 bytes)

File Name: Common- Come Close to Me (Remix) ft. Pharell, Q-Tip & Erykah Badu.mp3
(6,717,983 bytes)

File Name: Common-Testify (clean).mp3 (6,884,863 bytes)

File Name: Damien Marley - Welcome to Jamrock.mp3 (4,864,773 bytes)

File Name: Damon Williams ft. Fiji - Hawaiian Reggae - Let Me Be The One.mp3
(5,482,496 bytes)

File Name: dance party favorites - Cotton Eyed Joe.mp3 (3,024,770 bytes)

File Name: Dance Party Favorites - Electric Slide.mp3 (4,230,277 bytes)

File Name: Dance Party Favorites - The Limbo Song.mp3 (2,207,744 bytes)

File Name: Destiny's Child - Destiny Fulfilled - 08 - If.mp3 (5,700,749 bytes)

File Name: Destiny's Child - Do You Hear What I Hear.mp3 (5,673,094 bytes)

File Name: Destiny's Child - Lose My Breath.mp3 (5,632,722 bytes)

File Name: Destiny's Child - Stand Up For Love (Album Version).mp3 (4,376,449 bytes)

File Name: Disney - Beauty And The Beast - Belle's Song.mp3 (4,890,624 bytes)

File Name: Eagles - Please Come Home For Christmas.mp3 (2,881,956 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt
File Name: Earth, Wind & Fire - September.mp3 (3,461,804 bytes)

File Name: Earth, Wind, And Fire - Hearts Of Fire.mp3 (5,509,949 bytes)

File Name: Earth, Wind, and Fire - Fantasy.mp3 (4,505,182 bytes)

File Name: Ekolu - Just Like Dat.mp3 (4,536,704 bytes)

File Name: Elan Atias - Slave to Love.mp3 (7,440,908 bytes)

File Name: Enigma - Pure Moods III - Gravity of Love.mp3 (3,823,616 bytes)

File Name: Enya - Africa (Pure Moods).mp3 (3,393,664 bytes)

File Name: Enya - Pure Moods Vol 3 - 14 - On Sacred Ground - Yanni.mp3 (6,901,886 bytes)

File Name: Eric Clapton - Layla (Acoustic).mp3 (6,867,072 bytes)

File Name: Eric Clapton- Layla (the original).mp3 (5,939,931 bytes)

File Name: Fat Joe-Lean Back remix- (Featuring Mase, Eminem, Lil' Jon).mp3 (4,579,328 bytes)

File Name: Fenua - Auye Auye Fenua .mp3 (3,568,224 bytes)

File Name: Fijian - Te Vaka - Nukukehe.mp3 (3,452,384 bytes)

File Name: Fijian-Te Vaka - Tagi Sina (Sina is Crying).mp3 (1,994,467 bytes)

File Name: First Landing.mp3 (4,579,000 bytes)

File Name: Floetry - butterflies.mp3 (3,897,974 bytes)

File Name: Floetry - Closer.mp3 (3,929,320 bytes)

File Name: floetry - floetic - sunshine.mp3 (6,143,502 bytes)

File Name: Floetry - It's Getting Late.mp3 (8,137,752 bytes)

File Name: Floetry - say yes.mp3 (6,442,551 bytes)

File Name: FLOETRY- 11 I WANT YOU.mp3 (8,635,482 bytes)

File Name: Floetry_Feat_Common-Supastar.mp3 (5,623,475 bytes)

File Name: FLORA PURIM - Bossanova - Dindi (Portugue.mp3 (4,343,808 bytes)

File Name: Funkymix 95 - Lil Jon Feat. E 40 And Sean Paul - Snap Your Fingers Clean (Funkymix 2006).mp3 (7,872,313 bytes)

File Name: Girl Next Door (ft Ayana).mp3 (6,864,302 bytes)

File Name: Guitar Solos - Acoustic - flamenco Classical - Spanish Guitar Solo.mp3 (5,822,464 bytes)

File Name: GWEN STEPHANI EVE -If I was a Rich Girl (Reggae Mix).mp3 (2,144,456 bytes)

File Name: Gypsy Kings - Tango Flamenco - Spanish guitar.mp3 (5,308,544 bytes)

File Name: Hapa - 'Ulalena.mp3 (6,780,928 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt
File Name: Hawaiian - Ekolu - Stuck On You.mp3 (4,117,008 bytes)

File Name: Hawaiian - IZ - Somewhere Over the Rainbow (Wonderful World).mp3
(4,925,440 bytes)

File Name: Hawaiian - Mark Hoomalu - Aia 'O Kalani I Maleka.mp3 (1,893,672 bytes)

File Name: Hawaiian - Mark Keali'i Ho'omalu - Po'okela Chants - Kawika.mp3
(1,153,567 bytes)

File Name: Hawaiian - Olomana - Kuu Home O Kahaluu.mp3 (6,279,950 bytes)

File Name: Hawaiian - Opihi Pickers - Old Fashion Touch.mp3 (3,278,848 bytes)

File Name: Hawaiian - Opihi Pickers - Victim.mp3 (3,704,500 bytes)

File Name: Hawaiian -- Keali'i Reichel - Akaka Falls.mp3 (3,708,551 bytes)

File Name: Hawaiian Music - Luau Dance Party Favorites - If You Like Pina
Coladas.mp3 (3,976,463 bytes)

File Name: HAWAIIAN REGGAE - Ekolu - Down In The Valley.mp3 (3,740,026 bytes)

File Name: Hawaiian Reggae - Natural Vibrations - One On One.mp3 (3,901,231 bytes)

File Name: Hawaiian Reggae-Ho'aikane - 96 Degrees In The Shade.mp3 (4,813,176 bytes)

File Name: Hawaiian Reggae-Native Blend - I'd Still Say Yes.mp3 (5,574,531 bytes)

File Name: hawaiian-Ekolu - 01-Shores Of Waiehu.mp3 (3,538,944 bytes)

File Name: Hawaiian-Sean Na'auao - Punani Patrol.mp3 (2,670,720 bytes)

File Name: Hawaiian_sade - By Your Side (reggae remix).mp3 (5,711,524 bytes)

File Name: He Touched Me.mp3 (3,752,414 bytes)

File Name: Hillary Weeks (LDS) - In This Very Room.mp3 (3,444,335 bytes)

File Name: Hot Already - Sean Paul (Hip Hop Reggae Remix).mp3 (3,440,222 bytes)

File Name: India Aire - Strength, Courage, & Wisdom.mp3 (4,773,888 bytes)

File Name: India Arie - Beautiful.mp3 (5,889,888 bytes)

File Name: India Arie - Can I Walk With You.mp3 (3,407,872 bytes)

File Name: India Arie - Little Things.mp3 (4,644,362 bytes)

File Name: india arie - Never Felt This Way.mp3 (4,055,040 bytes)

File Name: India Arie - Purify Me.mp3 (6,098,163 bytes)

File Name: India Arie - Talk to Her.mp3 (7,462,224 bytes)

File Name: India Arie - The Truth.mp3 (5,035,459 bytes)

File Name: India Arie - You made a Fool of Me (Love and Basketball).mp3 (3,310,592
bytes)

File Name: India Arie- Get It Together- A Shark Tale Soundtrack.mp3 (7,067,863
bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt
File Name: India Arie-Musiq Soulchild-When You Talk About Love (LIVE BET Walk Of Fame-Patti Labelle).mp3 (3,537,103 bytes)

File Name: Indie Arie - Nature.mp3 (4,243,456 bytes)

File Name: Indie Arie - Ready for Love.mp3 (3,763,693 bytes)

File Name: Instrumentals - the roots ft musiq - break you off.mp3 (6,949,117 bytes)

File Name: Ipu.mp3 (137,642 bytes)

File Name: Jack Johnson - 07 - Wasting Time.mp3 (5,533,656 bytes)

File Name: Jack Johnson - Belle.mp3 (2,602,843 bytes)

File Name: Jack Johnson - Breakdown.mp3 (5,188,581 bytes)

File Name: Jack Johnson - Brushfire Fairytales - 06 - Bubble Toes.mp3 (3,790,053 bytes)

File Name: Jack Johnson - Flake (with Ben Harper).mp3 (4,493,367 bytes)

File Name: Jack Johnson - Fortunate Fool.mp3 (3,660,529 bytes)

File Name: jack johnson - Gone, Gone, Gone (New Song).mp3 (4,268,736 bytes)

File Name: jack johnson - holes to heaven.mp3 (5,923,655 bytes)

File Name: Jack Johnson - In Between Dreams - 01 - Better Together.mp3 (5,030,914 bytes)

File Name: Jack Johnson - Inaudible Melodies.mp3 (3,446,115 bytes)

File Name: Jack Johnson - On and On - 05 - Gone.mp3 (3,139,127 bytes)

File Name: jack johnson - Secret Song.mp3 (13,190,106 bytes)

File Name: Jack Johnson - Sitting, Waiting, Wishing.mp3 (2,856,717 bytes)

File Name: Jack Johnson - Times Like These.mp3 (2,125,740 bytes)

File Name: Jack Johnson - Walk Alone.mp3 (2,378,238 bytes)

File Name: jack johnson-Bananna Pancakes.mp3 (4,488,783 bytes)

File Name: Jaheim - Brown Sugar Soundtrack - I Forgot To Be Your Lover.mp3 (5,956,380 bytes)

File Name: Janet Jackson Aaliyah Erykah Badu - Love Will Never Do ( remix)(1).mp3 (14,953,012 bytes)

File Name: Janet Jackson f- Blackstreet - I Get So Lonely (Remix).mp3 (4,996,910 bytes)

File Name: Japanese Traditional Drums - Yoga - Kitaro.mp3 (3,258,496 bytes)

File Name: JOHN LEGEND - Ordinary People (remix).mp3 (5,826,432 bytes)

File Name: John Legend - Ordinary People.mp3 (6,766,384 bytes)

File Name: John Legend ft. Lauryn Hill - So High (Cloud 9 Remix).mp3 (4,652,005 bytes)

Page 8

Stanford Doe 7-UserLog(Compressed)-269021118.txt
File Name: John Lennon - Imagine (Acoustic Guitar).mp3 (3,553,280 bytes)

File Name: John Mayer - Everything Is Not Broken (acoustic).mp3 (6,964,872 bytes)

File Name: John Mayer - Walk On the Ocean.mp3 (2,985,408 bytes)

File Name: John Mayer Trio - Cissy Strut (ReAct Now Benefit, 2005-09-10).mp3
(2,969,916 bytes)

File Name: John Mayer Trio - Come When I Call.mp3 (4,783,859 bytes)

File Name: John Mayer Trio - Daughters.mp3 (7,028,300 bytes)

File Name: John Mayer Trio - E Blues.mp3 (3,880,649 bytes)

File Name: John Mayer Trio - Good Love Is On The Way.mp3 (4,840,701 bytes)

File Name: John Mayer Trio - Hearts So Heavy.mp3 (5,391,572 bytes)

File Name: John Mayer Trio - I Got A Woman.mp3 (8,614,455 bytes)

File Name: John Mayer Trio - Try.mp3 (6,673,599 bytes)

File Name: John Mayer Trio - Wait Till Tomorrow.mp3 (5,249,048 bytes)

File Name: John Mayer Trio and Joss Stone - Try(live).mp3 (8,494,645 bytes)

File Name: John Mayer Trio-Another Kind of Green.mp3 (4,305,900 bytes)

File Name: John Mayer Trio-Gravity.mp3 (10,009,243 bytes)

File Name: John Mayer Trio-Who Did You Think I Was.mp3 (3,288,878 bytes)

File Name: John Rutter - For the beauty of the earth.mp3 (3,563,230 bytes)

File Name: john rutter - magnificat.mp3 (6,641,664 bytes)

File Name: Journey Upriver.mp3 (4,102,946 bytes)

File Name: justin timberlake - my love sexyback vma's 06.mpg (56,275,660 bytes)

File Name: justin timberlake ft t i - my love.mpg (66,001,600 bytes)

File Name: Justin Timberlake ft T.I - My Love(1).avi (62,853,120 bytes)

File Name: Justin Timberlake VMA's Live.mpg (52,392,256 bytes)

File Name: Kanye West - Diamonds Are Forever (Clean).MP3 (3,841,379 bytes)

File Name: Kanye West - Gold Digger (Clean).mp3 (5,034,317 bytes)

File Name: Kanye West - Heard 'Em Say (Clean).mp3 (4,073,534 bytes)

File Name: Kanye West - Jesus Walks With Me (Jarhead Soundtrack).mp3 (4,701,902
bytes)

File Name: Kanye West -Impossible (Feat. Twista, Keyshia Cole & BJ) Clean.mp3
(7,630,069 bytes)

File Name: Kanye West Ft. Lupe Fiasco-Touch The Sky (Clean A.R. Edit).mp3 (5,676,303
bytes)

File Name: Kayne West ft. Mos Def - Two Words.mp3 (2,803,840 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: Keali'i Reichel - Maunaleo.mp3 (4,487,296 bytes)

File Name: keali'i reichel - sailing away.mp3 (3,172,878 bytes)

File Name: Kelly Clarkson - The Trouble With Love Is.mp3 (5,318,624 bytes)

File Name: Kelly Price - As We Lay.mp3 (9,337,127 bytes)

File Name: KonTiki - 06 - My Everything.mp3 (5,972,641 bytes)

File Name: Kontiki - Not In Love.mp3 (4,126,848 bytes)

File Name: Lady Saw - Sorry (Reggae Mix).mp3 (3,407,169 bytes)

File Name: LDS - BYU Men's chorus - A Poor Wayfaring Man of Grief.mp3 (3,252,938 bytes)

File Name: LDS - Moleni Brothers - Another's burden.mp3 (4,363,911 bytes)

File Name: LDS EFY 1998 - His hands.mp3 (6,115,328 bytes)

File Name: LDS Hymn - Where Can I Turn For Peace.mp3 (2,738,322 bytes)

File Name: LDS Hymns - If You could Hie to Kolob.mp3 (4,070,504 bytes)

File Name: LDS-BYU Concert Choir - Come, Thou Fount Of Every Blessing.mp3 (6,206,086 bytes)

File Name: LDS-Moleni Brothers-Abide with me A Capella.mp3 (2,456,602 bytes)

File Name: Lil Jon - Snap Your Fingers (Clean).mp3 (6,633,338 bytes)

File Name: Lil Jon ft E-40 & Sean Paul - Snap Ya Fingaz.mp3 (4,422,982 bytes)

File Name: Loriot erzählt Richard Wagners Ring des Nibelungen -01- Rheingold -01- Vorspiel.mp3 (2,628,879 bytes)

File Name: Lowrider Oldies - Natural High.mp3 (4,716,544 bytes)

File Name: Lumidee, Sean Paul, Wayne Wonder - Reggae Mix.mp3 (3,286,669 bytes)

File Name: Mariah Carey - All I Want for Christmas for Is You.mp3 (3,863,196 bytes)

File Name: Maroon 5 - Closer (Acoustic).mp3 (5,439,488 bytes)

File Name: Maroon 5 - If I Fell In Love With You (Acoustic).mp3 (3,666,799 bytes)

File Name: Maroon 5 - Secret.mp3 (4,069,755 bytes)

File Name: Maroon 5 - Shiver.mp3 (4,317,184 bytes)

File Name: Maroon 5 - Sunday Mornings.mp3 (4,022,272 bytes)

File Name: Maroon 5 - Sweetest Goobye.mp3 (4,620,288 bytes)

File Name: Maroon 5 - Tangled.mp3 (3,198,728 bytes)

File Name: Maroon 5 - The Sun.mp3 (4,134,956 bytes)

File Name: Maroon 5 - This Love (Acoustic).mp3 (3,873,183 bytes)

File Name: Maroon 5 - This Love.mp3 (4,268,703 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: Maroon 5 - Through With You.mp3 (2,908,251 bytes)

File Name: Mary J Blidge - Real Love.mp3 (4,364,039 bytes)

File Name: Mary J Blige - Im Goin Down.mp3 (3,111,120 bytes)

File Name: Mary J. Bleige-I'm going down.MP3 (3,557,666 bytes)

File Name: Mase - Keep it on.mp3 (4,968,685 bytes)

File Name: MASE ft. P.DIDDY - Breathe, Stretch, Shake.mp3 (4,754,255 bytes)

File Name: Matisyahu-King without a Crown.mp3 (6,500,339 bytes)

File Name: meditation Pure Moods - Sounds of Nature - Soothing Waterfalls.wav (5,611,520 bytes)

File Name: Meditation Yoga - Sounds of Nature - Deep Relaxation.mp3 (12,050,432 bytes)

File Name: Method Man and Mary J. Blige - You're all I need.mp3 (4,956,995 bytes)

File Name: MIchael Buble - Guess I'm Falling For You.mp3 (2,729,028 bytes)

File Name: Michael Buble - how can you mend a broken heart.mp3 (3,774,844 bytes)

File Name: Michael Buble - I've Got You Under My Skin.mp3 (8,577,744 bytes)

File Name: Michael Buble - It Had to Be You.mp3 (2,534,759 bytes)

File Name: Michael Buble - IT'S TIME - 03 - You Don't Know Me.mp3 (6,103,020 bytes)

File Name: Michael Buble - Sway.mp3 (3,023,353 bytes)

File Name: Michael Buble - You Always Hurt The One You Love.mp3 (5,083,602 bytes)

File Name: Michael Buble - You And I.mp3 (5,660,672 bytes)

File Name: Michael Buble - You Belong To Me.mp3 (4,046,848 bytes)

File Name: Michael Buble-The More I See You.mp3 (3,645,067 bytes)

File Name: Michael Bublé - Feeling Good.mp3 (5,695,254 bytes)

File Name: Michael Jackson - Rock With You.mp3 (3,530,919 bytes)

File Name: Michael Jackson- Don't Stop Till You Get Enough.mp3 (5,840,689 bytes)

File Name: Micheal Jackson - Do You Remember the Time.mp3 (3,842,008 bytes)

File Name: Millie Vanillie - Girl You Know It's True.mp3 (4,044,591 bytes)

File Name: Missy Elliott - Work It (clean).mp3 (4,231,257 bytes)

File Name: Missy Elliott -Lose Control (clean).mp3 (4,597,624 bytes)

File Name: Mixs- Club, Dance, Hip Hop, Rap - We Like To Party (2000 Mix) - Vengaboys.mp3 (3,909,816 bytes)

File Name: moleni brothers - eagles will soar.mp3 (4,287,759 bytes)

File Name: Moleni Brothers - heart (piano version).mp3 (2,327,531 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: Monica - Before You Walk Out of My Life.mp3 (4,742,292 bytes)

File Name: Monica - So Gone .mp3 (3,317,660 bytes)

File Name: Monica feat Missy Elliott - Knock Knock.mp3 (4,142,772 bytes)

File Name: Mos Def - Love.mp3 (4,211,902 bytes)

File Name: Mos Def - Ms. Fat Booty.mp3 (3,577,022 bytes)

File Name: Mos Def - The New Danger - Ghetto Rock.mp3 (5,604,668 bytes)

File Name: Mozart - Piano Concerto No.23 (Adagio).mp3 (3,156,679 bytes)

File Name: Mozart- Piano Concerto No.23 In A.mp3 (6,848,261 bytes)

File Name: Musical - Lion King - Finale.mp3 (3,277,474 bytes)

File Name: Musical Lion King Broadway-Circle of Life.mp3 (4,308,992 bytes)

File Name: Musical-Lion King Broadway-Can You Feel The Love Tonight-.mp3 (4,796,800 bytes)

File Name: Musiq Soul Child - Aijuswanaseing - 14 - Settle For My Love.mp3 (5,443,628 bytes)

File Name: Musiq Soulchild - Don't Change.mp3 (7,406,923 bytes)

File Name: Musiq Soulchild - Halfcrazy.mp3 (4,844,797 bytes)

File Name: Musiq Soulchild - just friends.mp3 (5,986,909 bytes)

File Name: Musiq Soulchild - Love.mp3 (7,300,869 bytes)

File Name: Nada Surf - If You Leave (The OC Soundtrack) 1.mp3 (7,313,771 bytes)

File Name: Nas & Damien Marley- Road To Zion.mp3 (3,986,547 bytes)

File Name: Native American - Indian Chants -Pure Moods...mp3.mp3 (3,196,761 bytes)          .

File Name: Native American - Tribal Fires - Ulali - Mahk Jchi.mp3 (2,548,297 bytes)

File Name: Natural Vibes - Never Never.mp3 (4,259,840 bytes)

File Name: Nelly Furtado - Afraid.mp3 (5,173,961 bytes)

File Name: Nelly Furtado - Loose - 05 - Showtime(1).mp3 (6,863,779 bytes)

File Name: Nelly Furtado - Loose - I Am.mp3 (5,528,233 bytes)

File Name: Nelly Furtado ft Timberland -Promiscious.mp3 (5,909,324 bytes)

File Name: New Age- YOGA-Kokin Gumi-Zen Garden-Moon.mp3 (5,698,421 bytes)

File Name: Nina Simone - Feeling Good.mp3 (3,539,965 bytes)

File Name: Norah Jones & Bob Dylan - I'll be your baby tonight.mp3 (3,976,882 bytes)

File Name: Norah Jones - Come Away With Me.mp3 (2,975,033 bytes)

File Name: Norah Jones - Feels Like Home - 02 -What Am I To You.mp3 (3,899,226 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: norah jones - painter song.mp3 (2,675,024 bytes)

File Name: Omarion - Touch (Full).mp3 (4,904,960 bytes)

File Name: Once Were Warriors - Nature Of Love.mp3 (2,623,156 bytes)

File Name: Once Were Warriors Soundtrack - Beth & Jake the Muss - Here Is My Heart.mp3 (2,621,966 bytes)

File Name: Opihi Pickers - Love You Forever.MP3 (3,486,965 bytes)

File Name: Oscar Peterson - Bossanova.mp3 (3,485,824 bytes)

File Name: Outkast - Bombs Over Bagdhad.mp3 (4,870,060 bytes)

File Name: paris hilton - stars are blind.mp3 (3,803,903 bytes)

File Name: Party songs - polka - chicken dance.mp3 (2,597,460 bytes)

File Name: POLYNESIAN Te Vaka - Te Au O Tonga.mp3 (2,762,752 bytes)

File Name: Proclaimers - I Would Walk 500 Miles.mp3 (3,461,880 bytes)

File Name: Pure Moods - Adiemus III - African Tango.mp3 (7,839,744 bytes)

File Name: Pure Moods Peaceful Ocean Surf (1).mp3 (6,367,497 bytes)

File Name: Radiohead covers Oasis - Wonderwall (Acoustic).mp3 (1,223,022 bytes)

File Name: Ray Charles - You Don't Know Me(1).mp3 (3,108,072 bytes)

File Name: Reggae Ziggy Marley - Drive.mp3 (7,204,521 bytes)

File Name: Relaxation - Pure Moods - Calming Island.mp3 (2,676,736 bytes)

File Name: Rent (2005 Movie Soundtrack) - 28 Love Heals.mp3 (4,432,000 bytes)

File Name: Rent (Movie Soundtrack) - Another Day.mp3 (4,603,471 bytes)

File Name: Rent - Finale.mp3 (5,286,062 bytes)

File Name: Rent - La Vie Boheme.mp3 (7,685,519 bytes)

File Name: Rent - Life Support.mp3 (2,377,856 bytes)

File Name: Rent - No Day But Today.mp3 (4,556,928 bytes)

File Name: Rent - One Song Glory.MP3 (3,284,481 bytes)

File Name: Rent - Out Tonight.mp3 (3,763,065 bytes)

File Name: RENT - Seasons of Love.mp3 (4,254,320 bytes)

File Name: Rent - The Musical Soundtrack - Light My Candle.mp3 (3,932,004 bytes)

File Name: Rent Movie Soundtrack - I'll Cover You.mp3 (2,416,768 bytes)

File Name: Rent Movie Soundtrack - Take Me Or Leave Me.mp3 (3,704,960 bytes)

File Name: Rent Soundtrack - Without You.mp3 (3,137,536 bytes)

File Name: Rent Soundtrack - Your Eyes.mp3 (2,248,516 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: RENT THE MOVIE- Finale B.mp3 (2,505,177 bytes)

File Name: Rhianna- That La La La.mp3 (3,640,640 bytes)

File Name: Rihanna - If It's Lovin' That You Want.mp3 (5,013,261 bytes)

File Name: Rihanna - Oh baby.mp3 (3,496,834 bytes)

File Name: Rihanna - SOS.mp3 (3,861,120 bytes)

File Name: Rihanna - Unfaithful.mp3 (3,743,419 bytes)

File Name: Rihanna feat Kardinal - Rush .wma (3,202,603 bytes)

File Name: Santana - Maria Maria.mp3 (3,250,705 bytes)

File Name: Sarah Vaughn - Whatever Lola Wants (Tango).mp3 (2,499,942 bytes)

File Name: SEAN NA'AUAO - PUNANI PATROL.MP3 (4,300,382 bytes)

File Name: Sean Paul - The Trinity - 03 - Temperature.mp3 (5,094,455 bytes)

File Name: Sean Paul Feat Rihanna - Break It Off.mp3 (6,805,221 bytes)

File Name: sean paul feat. janet jackson - Got Till It's Gone (Reggae Remix).mp3 (4,137,360 bytes)

File Name: Sean Paul ft Sasha- Im Still In Love With You .mp3 (5,290,977 bytes)

File Name: Shaggy ft. Sean Paul - Hey Sexy Lady Dancehall.mp3 (6,497,280 bytes)

File Name: Shakira - Hips Don't Lie.mp3 (3,367,040 bytes)

File Name: Shakira - La Tortura (reggaeton remix).mp3 (4,568,503 bytes)

File Name: Shakira feat Alejandro Sanz - La Tortura.mp3 (5,072,562 bytes)

File Name: Shania Twain - Man! I Feel Like A Woman!.mp3 (3,720,570 bytes)

File Name: Shania Twain - That Don't Impress Me Much.mp3 (3,481,628 bytes)

File Name: Shrek 2 Soundtrack - Accidently In Love--Maroon 5.mp3 (5,213,655 bytes)

File Name: Slow Jams - Eric Benet & Tamia - Spend My Life With You.mp3 (4,399,984 bytes)

File Name: Smoke Signals_Ulali - All My Relations.mp3 (3,387,392 bytes)

File Name: Soul Xmas - Luther vandross - The christmas song.mp3 (4,327,259 bytes)

File Name: Soulful Christmas - Have Yourself A Merry Little Chrismas by luther vanross.mp3 (4,907,008 bytes)

File Name: Soulful Christmas - Luther Vandross - Have Yourself A Merry Little Christmas (1) (1).mp3 (4,897,645 bytes)

File Name: Southside of Bombay - Whats the time Mr Wolf.mp3 (3,837,411 bytes)

File Name: Space Jam Soundtrack - Monica - For You I Will (1).mp3 (3,383,540 bytes)

File Name: SPANISH GUITAR - Carlos Santana & Ottmar Leibert - Samba Pa Ti (Acoustic).mp3 (4,078,282 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: Stevie Wonder - Knocks Me Off My Feet.mp3 (3,466,052 bytes)

File Name: Stevie Wonder - Overjoyed.mp3 (3,539,072 bytes)

File Name: stevie wonder - steive - ribbon in the sky.mp3 (3,565,737 bytes)

File Name: Stevie Wonder--You can feel it all over.mp3 (3,775,007 bytes)

File Name: T-4392960-Natural vibes - Put Some Time.mp3 (4,392,960 bytes)

File Name: T.O.K. - Foot Prints.mp3 (4,537,792 bytes)

File Name: Tahiti - Fenua - O Rapa Nui E.mp3 (3,657,069 bytes)

File Name: Tahitian - Fenua - Pacific Techno Beat - Tiki Dance.mp3 (4,032,436 bytes)

File Name: Tahitian - Maeva Tahiti - Drums.mp3 (4,270,080 bytes)

File Name: Tahitian - Te Vaka - Traditional Dance Music.mp3 (4,093,955 bytes)

File Name: Tamia - Offically missing you.MP3 (3,894,092 bytes)

File Name: Tamia - Stranger In My House.mp3 (6,897,752 bytes)

File Name: Tamia - You Put A Move On My Heart.mp3 (5,949,050 bytes)

File Name: Tango - Ballroom Music- International Latin- Paso Doble- Mantovani Orchestra Spanish Gypsy Dance (1).mp3 (2,195,776 bytes)

File Name: Te Vaka - Haloa Olohega.mp3 (6,305,390 bytes)

File Name: Te Vaka - Loimata E Maligi.mp3 (5,223,782 bytes)

File Name: Te Vaka - Lua Afe .mp3 (2,954,556 bytes)

File Name: Te Vaka - Pate Pate.mp3 (4,027,796 bytes)

File Name: Te Vaka - Ruketekete te Mamae.mp3 (2,252,208 bytes)

File Name: Te Vaka - Tamatoa.mp3 (3,581,035 bytes)

File Name: Te Vaka - Te Hiva.mp3 (2,922,457 bytes)

File Name: Te Vaka(Tokelau) - Papa e.mp3 (4,129,771 bytes)

File Name: the Christmas Song (chestnuts Roasting On An Open Fire).MP3 (3,307,520 bytes)

File Name: The Corrs - Everybody Hurts.mp3 (5,496,960 bytes)

File Name: The Lion King (NL-musical) - 12 - One by One.mp3 (3,136,018 bytes)

File Name: The Lion King The Musical - Endless Night.mp3 (4,509,696 bytes)

File Name: The Lion King- The Musical - Grasslands Chant {Broadway}.mp3 (903,396 bytes)

File Name: The Lion King- The Musical - They Live in You.mp3 (2,897,920 bytes)

File Name: The New World - a dark cloud is forever lifted.mp3 (16,621,606 bytes)

File Name: THE OC - Wonderwall-ryan adams.mp3 (5,988,186 bytes)

Stanford Doe 7-UserLog(Compressed)-269021118.txt

File Name: The Pussycat Dolls -Sway.mp3 (3,045,300 bytes)

File Name: Tongan - Kontiki - Here I Stand.mp3 (3,581,955 bytes)

File Name: TONGAN-Te Vaka - Siva mai (1).mp3 (4,059,637 bytes)

File Name: Trillville - some cut (clean edit).mp3 (4,071,802 bytes)

File Name: Tyler Perry's Madea's Family Reunion Soundtrack - 01 - Brian McKnight - Find Myself In You (Main)-Lem.mp3 (5,627,126 bytes)

File Name: Tyler Perry's Madea's Family Reunion Soundtrack - 04 - kem-tonight.mp3 (5,252,882 bytes)

File Name: Tyler Perry's Madea's Family Reunion Soundtrack - 07 - johnny_gill-you_for_me_(the_wedding_song).mp3 (7,951,514 bytes)

File Name: UB40 - Reasons.mp3 (5,624,535 bytes)

File Name: UB40 - The Best Of UB 40 - Don't break my heart.mp3 (3,704,832 bytes)

File Name: Ulali - Mahk Jchi (Heartbeat Drum Song).MP3 (4,123,645 bytes)

File Name: Ulali - Mother.mp3 (4,471,957 bytes)

File Name: Umi Says.mp3 (4,980,860 bytes)

File Name: Unplugged - Alicia Keys - 04 - A Woman's Worth (Live).mp3 (5,156,864 bytes)

File Name: Unplugged - Alicia Keys - 14 - Stolen Moments.mp3 (7,401,472 bytes)

File Name: Usher feat Alicia Keys - My Boo.mp3 (5,071,307 bytes)

File Name: Vivian Green - 07 - I LIke It (But I Don't Need It).mp3 (5,935,247 bytes)

File Name: Vivian Green - Complete.mp3 (3,969,445 bytes)

File Name: Vivian Green - Emotional Rollercoaster.mp3 (3,130,183 bytes)

File Name: Vivian Green - I Gotta Go Gotta Leave.mp3 (4,449,909 bytes)

File Name: Vivian Green - What Is Love-.mp3 (4,952,067 bytes)

File Name: VIVIAN GREEN-WISH WE COULD GO BACK.MP3 (5,233,634 bytes)

File Name: Wagner, Richard - Das Rheingold - Vorspiel.mp3 (4,637,720 bytes)

File Name: Walela - Tribal Voices - Songs from Native Americans - 06 - Ulali - Grammah Easter's Lullaby.mp3 (1,878,316 bytes)

File Name: Wedding Date - Michael Buble - The Way You Look Tonight.mp3 (4,468,736 bytes)

File Name: Wycleff Jean with Claudette - Two Wrongs.mp3 (5,521,408 bytes)

File Name: Yanni Nightingale MEDITATION (Pure Moods II) .mp3 (5,507,072 bytes)

File Name: Yoga - Echoes Of Nature - Rainforest - Natural Sounds Of The Wilderness - Jungle Rivera.mp3 (6,516,608 bytes)

File Name: Yoga - Relaxation - Pure Moods - Sounds of Nature - Electrifying

Stanford Doe 7-UserLog(Compressed)-269021118.txt
Thunderstorms.mp3 (6,106,119 bytes)

File Name: yoga - relaxation - shakuhachi - the japanese flute (meditation music).mp3 (4,111,882 bytes)

File Name: Yoga Zone - Music For Meditation - Yani - Before I Go.mp3 (4,302,848 bytes)