Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
MOTOWN RECORD COMPANY, L.P.;
and UMG RECORDINGS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO.<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1     Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3     ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4 the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify
5 Defendant John Doe, including the name, current (and permanent) address and telephone number, e-
6 mail address, and Media Access Control address. The disclosure of this information is ordered
7 pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

11     8/23/07
12 Dated: _____    By: _____
13     United States District Judge

---

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31689 v1