Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
MOTOWN RECORD COMPANY, L.P.;
and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. C 07-04122 CW<br><br>**The Honorable Claudia Wilken**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 2:00 p.m. to February 12, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on Stanford University ("Stanford") so that Plaintiffs could obtain information sufficient to identify Defendant. On August 23, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs have served Stanford with a Rule 45 subpoena directing Stanford to produce certain information necessary to identify Defendant. Plaintiffs expect Stanford to respond to the subpoena on November 14, 2007.

Because Plaintiffs cannot identify Defendant until Stanford has responded to Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 2:00 p.m. to February 12, 2008. Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007, Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 6, 2007                                              HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
    Matthew Franklin Jaksa
    Attorney for Plaintiffs

1

Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. C 07-04122-CW
#33635 v1

# ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 13, 2007, at 2:00 p.m. be continued to February 12, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: _____        By: _____
                                                                                                      Honorable Claudia Wilken
                                                                                                      United States District Judge

Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. C 07-04122-CW
#33635 v1