```
1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994
    Telephone:   (415) 268-2000
4   Facsimile:    (415) 268-1999
    Email:         matt.jaksa@hro.com
5
    Attorneys for Plaintiffs,
6   VIRGIN RECORDS AMERICA, INC.;
7   MOTOWN RECORD COMPANY, L.P.;
    and UMG RECORDINGS, INC.
8
```

**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>  Defendant. | CASE NO. C 07-04122 CW<br><br>**The Honorable Claudia Wilken**<br><br>***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for November 13, 2007, at 2:00 p.m. to February 12, 2008. Plaintiffs further request,
3  pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to
4  serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from
5  December 7, 2007 to March 6, 2008.

6  Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007,
7  Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the
8  Court's permission to serve a Rule 45 subpoena on Stanford University ("Stanford") so that
9  Plaintiffs could obtain information sufficient to identify Defendant. On August 23, 2007, this Court
10 issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.
11 Pursuant to the Court's Order, Plaintiffs have served Stanford with a Rule 45 subpoena directing
12 Stanford to produce certain information necessary to identify Defendant. Plaintiffs expect Stanford
13 to respond to the subpoena on November 14, 2007.

14 Because Plaintiffs cannot identify Defendant until Stanford has responded to Plaintiffs'
15 subpoena, there is not yet a known defendant with whom to confer, and a case management
16 conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court
17 continue the case management conference currently set for November 13, 2007, at 2:00 p.m. to
18 February 12, 2008. Given the foregoing circumstances, and because the original time period for
19 Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007,
20 Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be
21 extended to March 6, 2008.

22 Dated: November 6, 2007                                   HOLME ROBERTS & OWEN LLP

23                                                          By: */s/ Matthew Franklin Jaksa*
24                                                              Matthew Franklin Jaksa
                                                                Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 13, 2007, at 2:00 p.m. be continued to February 12, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: NOV 13 2007

By: /s/ Claudia Wilken
Honorable Claudia Wilken
United States District Judge