1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  MOTOWN RECORD COMPANY, L.P.;
   and UMG RECORDINGS, INC.
8
9                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND DIVISION
11
12 | VIRGIN RECORDS AMERICA, INC., a          | CASE NO. C 07-04122 CW
   | California corporation; MOTOWN RECORD     |
13 | COMPANY, L.P., a California limited        | **The Honorable Claudia Wilken**
14 | partnership; and UMG RECORDINGS, INC., a   |
   | Delaware corporation,                      | **NOTICE OF DISMISSAL WITHOUT
15 |                    Plaintiffs,             | PREJUDICE**
16 |        v.                                  |
17 |                                            |
18 | JOHN DOE,                                  |
   |                    Defendant.              |
19
20
21
22
23
24
25
26
27
28

1          Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs VIRGIN RECORDS AMERICA, INC., *et*

2   *al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright

3   infringement claim against Defendant John Doe, also identified as ID #125009387 with IP address

4   171.64.182.66 2007-04-10 19:05:54 EDT, each party to bear its/his own fees and costs.  The Clerk

5   of Court is respectfully requested to close this file.

6

7   Dated:  December 5, 2007                                    HOLME ROBERTS & OWEN LLP

8
                                                         By:  */s/ Matthew Franklin Jaksa*
9                                                              Matthew Franklin Jaksa
                                                             Attorney for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04122-CW
#34184 v1